Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC<br><br>Plaintiff,<br><br>vs.<br><br>Enoch Jessie McClain, et al.,<br><br>Defendants. | CASE NO. 5:25-cv-01625-GW-JC<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MICHELLE LYNN SLOCUM, ENOCH JESSIE MCCLAIN, JILL FRANCINE MCCLAIN, RON JOSEPH ALVA, AND ALL STAR DRAFTS, LLC |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC and Defendants Michelle Lynn Slocum, Enoch Jessie McClain, Jill Francine McClain, and Ron Joseph Alva, and All Star Drafts, LLC., that the above-entitled action is hereby dismissed **with prejudice** against Michelle Lynn Frahm a/k/a Michelle Lynn Slocum, Enoch Jessie McClain, Jill Francine McClain, and Ron Joseph Alva, individually and d/b/a All Star Drafts Sports Bar and Grill and All Star Drafts, LLC., an unknown business entity d/b/a All Star Drafts Sports Bar and Grill and the action itself, in its **entirety**.

STIPULATION OF DISMISSAL
Case No. 5:25-cv-01625-GW-JC
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced above shall bear its own attorneys' fees and costs.

Dated: 11/5/25

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

Dated: 11 / 05 / 2025

*Steven C. Vondran*

LAW OFFICES OF STEVE C. VONDRAN, PC
By: Steven C. Vondran, Esquire
Attorneys for Defendants
Michelle Lynn Slocum, Enoch Jessie McClain, Jill Francine McClain, Ron Joseph Alva, and All Star Drafts, LLC

///
///
///
///
///
///
///
///
///

Doc ID: 1b933ee71ec33f1bc1c01fecd10e7d7c568eb9aa

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.

On November 5, 2025, I caused a true and correct copy of the foregoing document described as

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MICHELLE LYNN SLOCUM, ENOCH JESSIE MCCLAIN, JILL FRANCINE MCCLAIN, AND RON JOSEPH ALVA, AND ALL STAR DRAFTS, LLC**

to be served on the parties to this action as follows:

<u>Electronic Service through the Court's Electronic Case Files (ECF) system.</u>

The following counsel currently receive email notices for this case through the ECF system.

## ECF SERVICE LIST

Steven C. Vondran, Esquire
**THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.**
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 5, 2025                    */s/ Leticia Estrada*
                                           **LETICIA ESTRADA**

///