Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**G & G Closed Circuit Events, LLC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Enoch Jessie McClain, et al,<br><br>Defendants. | CASE NO. EDCV 25-1625-GW-JCx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MICHELLE LYNN SLOCUM, ENOCH JESSIE MCCLAIN, JILL FRANCINE MCCLAIN, RON JOSEPH ALVA, AND ALL STAR DRAFTS, LLC** |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC and Defendants Michelle Lynn Slocum, Enoch Jessie McClain, Jill Francine McClain, Ron Joseph Alva, and All Star Drafts, LLC., that the above-entitled action is hereby dismissed **with prejudice** against Michelle Lynn Frahm a/k/a Michelle Lynn Slocum, Enoch Jessie McClain, Jill Francine McClain, and Ron Joseph Alva, individually and d/b/a All Star Drafts Sports Bar and Grill, and All Star Drafts, LLC., an unknown business entity d/b/a All Star Drafts Sports Bar and Grill and the action itself, **in its entirety**.

[Proposed] ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 5:25-cv-01625-GW-JC
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: November 6, 2025

_____
**HON. GEORGE H. WU,**
**United States District Judge**